

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2014

No. 04-13-00637-CR

Jeffrey **THEISEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2446
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to April 3, 2014.

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2014.

Keith E. Hottle
Clerk of Court